UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| PATRIZIA ENACHE,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | No. 5:26-cv-05411-JDE<br><br>JUDGMENT |

In accordance with the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) granted, in part, with Respondents ORDERED to immediately release **Petitioner Patrizia Enache (A# 216 963 069)** from custody, subject to her preexisting conditions of parole, and return all property taken from Petitioner at the time of her detention on August 24, 2026, including any identification documents, and

(b) denied in all other respects.

Dated: October 9, 2026

JOHN D. EARLY
United States Magistrate Judge